**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

STANLEY E. KORNAFEL, : No. 438 MAL 2017
:
Petitioner :
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
v. :
:
:
:
DEL CHEVROLET, :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of November, 2017, the Application for Leave to File Reply to Answer and Petition for Allowance of Appeal are **DENIED**.